**FILED**

09/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0126

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff/Appellees, | ) | |
| | ) | **ORDER FOR** |
| vs. | ) | **ADDITIONAL TIME FOR** |
| | ) | **FILING OPENING BRIEF** |
| CHARLEE BLAYLOCK, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant's Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have until October 13, 2021, within which to file the opening brief.

No further extensions will be granted.

cc: Jami Rebsom
    Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 15 2021